cember 2, 1910.) Action by Jacob J. Friedman against the James F. Scholes Company.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that at the time of the injury to plaintiff Kroger must be deemed to be the servant of the American Sugar Refining Company, and not of defendant. Baldwin v. Abraham, 57 App. Div. 67, 67 N. Y. Supp. 1079, affirmed 171 N. Y. 677, 64 N. E. 1118; Howard v. Ludwig, 57 App. Div. 94, 67 N. Y. Supp. 1095, affirmed 171 N. Y. 507, 64 N. E. 172; Kellogg v. Church Charity Foundation, 128 App. Div. 214, 112 N. Y. Supp. 566; McCarthy v. McCabe, 131 App. Div. 396, 115 N. Y. Supp. 829; Muldoon v. City Fireproofing Co., 134 App. Div. 453, 456, 119 N. Y. Supp. 320; Kellogg v. Church Charity Foundation, 135 App. Div. 839, 120 N. Y. Supp. 406.

GADEMERE, Respondent, v. WALTER, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by John L. Gademere against William Walter. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

GALLAGHER, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Loretta Irene Gallagher, as executrix, etc., against the Long Island Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., and CARR, J., dissent, on the ground that the proof offered to show the extent and condition of the traffic at the crossing should have been received.

GALLAGHER, Appellant, v. WALSH-KAHL CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 23, 1910.) Action by Richard Gallagher against the Walsh-Kahl Construction Company. No opinion. Judgment modified, by striking therefrom the words "upon the merits," and, as so modified, judgment and order unanimously affirmed, without costs to either party.

GASKELL, Respondent, v. NOLTE, Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by Robert E. Gaskell against Charles H. Nolte. H. Elfers, for appellant. U. W. Tompkins, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 138 App. Div. 875, 123 N. Y. Supp. 442.

GILLEN, Respondent, v. KINNE LAUNDRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Charles Gillen against the Kinne Laundry Company. No opinion. Judgment affirmed, with costs.

GLENNON, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by Michael Glennon, as administrator, etc., against the Star Company. C. J. Shearn, for appellant. H. C. Smith, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 130 App. Div. 491, 114 N. Y. Supp. 1044.

GOLDSTEIN v. KAMINSKY. (Supreme Court, Appellate Term. January 5, 1911.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by Samuel Goldstein against Abraham Kaminsky. Judgment of dismissal, and plaintiff appeals. Reversed, and new trial ordered. Isidore Klatzkie, for appellant.

BRADY, J. This action was brought for conversion of a trunk and personal wearing apparel, etc., belonging to plaintiff. On close of plaintiff's evidence the complaint was dismissed. The testimony offered by plaintiff was sufficient to prove a prima facie case, and the complaint should not have been dismissed. Judgment reversed, and new trial ordered, with costs to appellant to abide the event. All concur.

GOLDZIER, Respondent, v. FOERST et al., Appellants. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Charles Goldzier, as receiver, against Joseph Foerst and others. J. Hirschman, for appellants. C. Goldzier, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOTTS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by Albert G. Gotts, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with costs.

In re GRAY. (Supreme Court, Appellate Division, First Department. December 9, 1910.) In the matter of T. B. S. Gray. With this case has been consolidated in this court cases bearing titles as follows: In re Mott Haven Co.; In re W. W. Astor; In re E. C. Hainsburg; In re E. A. Morrison; In re E. E. De Vinne; In re M. Geisxler. No opinions. Motions granted. Time extended one year. Settle orders on notice. See, also, 116 App. Div. 916, 101 N. Y. Supp. 1123; 122 App. Div. 920, 107 N. Y. Supp. 1128; 129 App. Div. 908, 114 N. Y. Supp. 1128; 135 App. Div. 918, 120 N. Y. Supp. 1126.

GREEN et al., Respondents, v. HORN, Appellant. (Supreme Court, Appellate Division, Third Department. January 19, 1911.) Action by James Green and others against Charles F. W. Horn. No opinion. Motion denied. See, also, 126 N. Y. Supp. 486.

GRIFFIN, Respondent, v. BRADY, Appellant. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by George W. Griffin against Daniel M. Brady. J. J. Adams, for appellant. J. E. O'Brien, for respondent. No opinion. Judg-

ment and order affirmed, with costs. Order filed. See, also, 133 App. Div. 939, 118 N. Y. Supp. 240.

In re GROTE ST. IN CITY OF NEW YORK. In re GLEASON. (Supreme Court, Appellate Division, First Department. November 25, 1910.) In the matter of Grote Street in the. City of New York (petition of Gleason). No opinion. Motion denied, with $10 costs. Order filed.

GURVIN, Respondent, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by James Gurvin against the New York Central & Hudson River Railroad Company and another. No opinion. Judgment and order affirmed, with costs.

HAGE, Appellant, v. SPRAGUE, Respondent. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by Daniel S. Hage against John T. Sprague. H. R. Bayne, for appellant. G. M. Pinney, Jr., for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HAMLIN et al., Respondents, v. BURGARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by William Hamlin and another, as executors, against Henry P. Burgard. No opinion. Judgment affirmed, with costs.

In re HARING. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) In the matter of the petition of Ella F. Haring, for the appointment of commissioners to assess the damage to her property, etc. PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with costs, but without prejudice to any application that the respondent may be advised to make for amendment of the order whereby the commissioners were appointed. See Bley v. Village of Hamburg, 84 App. Div. 23, 82 N. Y. Supp. 35.

HARRIS, Respondent, v. McMULLEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by Munroe Harris against Arthur McMullen. No opinion. Appeal dismissed, without costs, upon stipulation filed.

HARRISON, Respondent, v. HARTFORD LIFE INS. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by Marie L. Harrison, as administratrix, etc., against the Hartford Life Insurance Company, impleaded with others. H. H. Bottome, for appellant. E. Shelby, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

HART, Respondent, v. JAMES McDONNELL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by A. Vernon Hart against the James McDonnell Company. No opinion. Order affirmed, with $10 costs and disbursements.

HART, Appellant, v. JAMES McDONNELL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by A. Vernon Hart against the James McDonnell Company. No opinion. Judgment affirmed, with costs.

In re HARTEAU et al. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) In the matter of the judicial settlement of the account of Margaret N. Harteau, Eugene H. Winslow, and Julian D. Fairchild, as trustees, etc., of Henry Harteau, deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs to the executors and to the charitable institutions, payable out of the estate, upon the authority of Matter of Harteau, 125 App. Div. 710, 110 N. Y. Supp. 59. See, also, 133 App. Div. 927, 118 N. Y. Supp. 1111.

HARTWIGSON, Respondent, v. HARDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Minnie Hartwigson against Minnie Harder and others. No opinion. Motion to dismiss appeal denied, without costs, on condition that the appeal be placed on the January calendar for argument.

HAYES, Appellant, v. HAYES, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Catherine Hayes against Edmond J. Hayes. No opinion. Motion denied, with costs. See, also, 125 N. Y. Supp. 652.

HEBBERD, Respondent, v. SCHWARZLER, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by Isaac N. Hebberd against Elizabeth Schwarzler. P. S. Dean, for appellant. B. F. Gerding, for repondent. No opinion. Judgment affirmed, with costs. Order filed.

HEILBACK, Respondent, v. CONSUMERS' BREWERY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by Marcus Heilback against the Consumers' Brewery of Buffalo. PER CURIAM. Judgment and order affirmed, with costs. McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that the evidence establishes as matter of law that the plaintiff assumed the risk, and fails to establish actionable negligence on the part of the defendant.

HEILBRUNN v. GERMAN ALLIANCE INS. CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Simon Heilbrunn against the German Alliance Insurance Com-